BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of ANNA BENNETT, v. WILLIAM DITALIA.— Preference granted for

# 758 CASES REPORTED WITH BRIEF SYLLABI.

May 31, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE CITY OF NEW YORK v. PIKE REALTY CORPORATION.— Preference granted for May 31, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.